# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

FRANK GARRIDO,

      Plaintiff,

v.                                                    Case No:   5:22-cv-664-GAP-PRL

HEAR.COM, LLC,

      Defendant

## ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal (Doc. 17), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the individual claims against defendant are dismissed with prejudice, each party to bear its own fees and costs.   The putative class's claims are dismissed without prejudice.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 20, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties